IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATATERN, INC.**<br>  Plaintiff,<br><br>  v.<br><br>**SUN MICROSYSTEMS, INC., ET AL**<br>  Defendants. | Civil Action No. 2:08cv307<br><br>JURY TRIAL DEMANDED |

## ORDER

CAME ON THIS DAY for consideration DataTern, Inc.'s Notice of Dismissal of all Named Defendants. The Court, having considered same, does hereby:

ORDER, ADJUDGE AND DECREE that all pending motions in this case are dismissed as moot and this case is dismissed in its entirety.

It is further ORDERED that this case is closed on the Court's Docket.

**SIGNED this 30th day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE